John W. Whidden, Simeon E. Whidden and Charles Y. Crawford, Appellants, vs. The County of DeSoto, Appellee.

### DIVISION A.

Appeal from Circuit Court, DeSoto county; Barron Phillips, Judge.

*Wall, Treadwell & Stevens,* for Appellant.

*C. W. Forrester,* for Appellee.

The bill in this cause was filed by the appellants against the appellee. There was decree for the defendant and the complainants appeal. The decree is affirmed

Decision Per Curiam-